IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD-0551-10






WILLIAM THOMAS LEONARD, Appellant



v.



THE STATE OF TEXAS





ON APPELLANT'S MOTION FOR REHEARING AFTER WRITTEN OPINION


FROM THE ELEVENTH COURT OF APPEALS


TARRANT COUNTY





 Johnson, J., filed a concurring opinion in which Cochran, J., joined.


C O N C U R R I N G O P I N I O N 



 I join the opinion of the Court and note that there appear to be additional reasons for the
inadmissability of polygraph results in this case: the testifying therapist is not an expert on
polygraphs, and the polygraph results are hearsay as to the therapist. The expert who may base his
opinion on inadmissible evidence and explain to the judge the basis for that opinion is the
polygrapher, in this case an unknown person who did not testify. The therapist does not qualify as
a polygraph expert and therefore should not be allowed to base his opinion on polygraph evidence
that is not only inadmissible but hearsay as well.

2


Filed: November 21, 2012

Publish